| | |
|---|---|
| 1  CAMILO ECHAVARRIA (State Bar No. 192481)<br>    camiloechavarria@dwt.com<br>2  RYAN D. DERRY (State Bar No. 244337)<br>    ryanderry@dwt.com<br>3  DAVIS WRIGHT TREMAINE LLP<br>   865 S. Figueroa Street, Suite 2400<br>4  Los Angeles, California  90017-2566<br>   Telephone: (213) 633-6800<br>5  Fax: (213) 633-6899 | JS-6 |

Attorneys for Defendant
BANK OF AMERICA CORPORATION;
MERRILL LYNCH & CO., INC.; and
MERRILL LYNCH, PIERCE, FENNER &
SMITH INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO KERRISON, an individual,<br><br>          Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED aka MERRILL LYNCH WEATLH MANAGEMENT, and DOES 1 to 20, Inclusive,<br><br>          Defendants. | Case No. **SA CV 10-00511 AG (VBKx)**<br><br>**ORDER DISMISSING ACTION**<br><br>[Fed. R. Civ. P 41(a)(1)(A)(ii)]<br><br>Assigned to the Hon. Andrew J. Guilford, Courtroom 10-D<br><br>Action Filed:  February 16, 2010 |

## ORDER

Pursuant to stipulation by and between Demetrio Kerrison ("Plaintiff"), on the one hand, and defendants Bank of America Corporation, Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc. ("Defendants"), on the other hand, this action is dismissed in its entirety, and as to Defendants specifically, with prejudice.

DATED: June 04, 2010

_____
Honorable Andrew J. Guilford
United States District Court Judge

1

[PROPOSED] ORDER DISMISSING ACTION
DWT 14686677v1 4900000-001119

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i

[PROPOSED] ORDER DISMISSING ACTION
DWT 14686677v1 4900000-001119

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899